STEELE v. BLANTON, Tax Collector.

COUNTY COURT.    *Levy of taxes.*    A majority of the Justices composing
    the County Court are empowered to levy a tax, and it is not essential
    to the validity of such levy that a majority of the Justices of the
    county shall vote affirmatively for such levy.

FROM BEDFORD.

Appeal in error from the Circuit Court of Bedford
county.    W. H. WILLIAMSON, J.

E. COOPER for Steele.

BEARDEN for Blanton.

DEADERICK, C. J., delivered the opinion of the court.

The question presented in this record is, whether
in levying a tax by the County Court, it is sufficient
that a majority of the justices composing said court
shall be present merely, or whether it is essential to
the validity of such levy that a majority of the jus-
tices of the county shall vote affirmatively for such
levy.

Section 4190 of the Code, under title 6, ch. 1,
which treats "of the organization and order of busi-
ness of the County Court," provides that "a majority
of all the magistrates of the county is required to
levy a tax or to appropriate public money to an amount
over fifty dollars."

The next section gives to one-third, or twelve justices, the power to appropriate money, not exceeding fifty dollars, for county purposes.

The other sections of the chapter prescribe the number of justices who may do certain acts, or as necessary to constitute a court.

And we think this whole chapter has reference to and provides for the organization of the court, and that section 4190 does not say or mean that a majority of all the justices of the county are required to vote affirmatively upon a proposition to levy a tax, but that it means that a majority of all the justices of the county is necessary to the constitution of a court, having the power to levy a tax—and that a majority of those constituting a court, thus empowered to levy a tax, may lawfully levy it.

The Circuit Judge so held, and we affirm his judgment.